UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| **TAMMY BOHALL** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| | ) CAUSE NO.  1:08-cv-00224-RLY-TAB |
| | ) |
| **NURSE AIDE TRAINING CENTER, INC.,** | ) |
| | ) |
| **Defendant.** | ) |

## NOTICE OF DISMISSAL WITH PREJUDICE

Plaintiff, Tammy Bohall, by counsel and pursuant to Fed. R. Civ. P. 41(a)(1), respectfully requests this Court dismiss the above referenced action with prejudice.  On February 21, 2008, Plaintiff filed a Complaint alleging violations of Title III of the Americans with Disabilities Act, 42 U.S.C. § 12181 et seq. Presently, neither an answer to the pleadings nor a motion for summary judgment has been served by the Defendant.  This matter has been resolved and Plaintiff now wishes to voluntarily dismiss her complaint in its entirety. Therefore, Plaintiff respectfully requests the Court dismiss the above captioned action with prejudice.

Respectfully submitted,

 /s/ Philip J. Gibbons, Jr.
Philip J. Gibbons, Jr. (#19353-49)
GIBBONS JONES, P.C.
Two Meridian Plaza
10401 N. Meridian St., Ste. 300
Indianapolis, Indiana 46290
Telephone:	(317) 706-1100
Facsimile:	(317) 616-3337
E-mail:	pgibbons@gibbonsjones.com

Attorneys for Plaintiff